ACCEPTED
03-15-00222-CR
7671716
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 8:48:52 AM
JEFFREY D. KYLE
CLERK

# JANA DUTY

## DISTRICT ATTORNEY



405 M.L.K. STREET, BOX #1

GEORGETOWN, TEXAS 78626

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 8:48:52 AM
JEFFREY D. KYLE
Clerk

**First Assistant**
Mark Brunner

**Prosecutors**
Travis McDonald
Aliza Rojas
Britt Streater
Jackie Borcherding
Lauren McLeod
Sunday Austin
Geoffrey Puryear
Danny Smith
John Prezas
Gerard Perches
Daniel Sakaida

---

Phone (512) 943-1234     Fax (512) 943-1255     Website www.wilco.org

---

Wednesday, November 04, 2015

Jeffrey D. Kyle
Clerk of the Court
Third District Court of Appeals
PO Box 12547
Austin, Texas 78711

Re: *State of Texas vs. Monte Ross*, 03-15-00222-CR , trial cause 13-1923-K277

Dear Mr. Kyle:

The State acknowledges receipt of the brief and motion to withdraw filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The brief field by Appellant's counsel presents no claim of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will abstain from filing any further response unless the Court decides that the appeal is not frivolous and for that, or any other reason, orders a response. *See Anders*, 386 U.S. at 744; *Bledsoe v. State,* 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

Thank you for your assistance in bringing this matter to the attention of the Court.

Sincerely,

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
Williamson County, Texas

cc:    Monte Ken Ross              Kristen Jernigan
       TDCJ # 01990706             207 S. Austin Ave.
       Pack I Unit                 Georgetown, TX 78626
       2400 Wallace Pack Road      Kristen@txcrimapp.com
       Navasota, TX 77868